UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by _____ D.C.
MAY 03 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Joseph Dario Kamer,

    Movant/Appellant,

v.                                                    Case No.: 16-20451-CIV-MORENO

United States of America,

    Respondent/Appellee.
_____/

## NOTICE OF APPEAL

Mr. Kamer notifies this court of his Notice of Appeal, appealing the denial of his 28 U.S.C. § 2255 motion to vacate, being denied on March 30, 2016 as Docket 73.

Respectfully submitted on April 26, 2016 by: _____
Joseph Dario Kamer
Reg.No.: 01759-104
FCI Coleman Low
P.O. Box 1031
Coleman, FL 33521-1031

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have mailed this notice of appeal to the Clerk for the United States District Court, Southern District of Florida, Miami Division at 400 North Miami Avenue, Suite 8N09, Miami, Florida 33128-7716 on this 26th day of April, via U.S. Mail.

_____
Joseph Dario Kamer

Joseph Dario Kamer
Reg.No.: 01759-104
FCI Coleman Low
P.O. Box 1031
Coleman, FL 33521-1031

FILED by IMC D.C.

MAY 03 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S. D. of FLA. - MIAMI

April 26, 2016

United States District Court
Southern District of Florida
Office of the Clerk
400 North Miami Ave, Suite 8N09
Miami, Florida 33128-7716

RE: Notification of Address Change - Case Nos. 1:13-cr-20608-FAM
                                                16-20451-CIV-MORENO

Dear Clerk,

My name is Joseph Dario Kamer and I am currently incarcerated in federal prison. I have been transferred to a different prison and am writing to notify you of my new address. The case numbers affected are listed above.

Old Address: Joseph Dario Kamer
Reg.No.: 01759-104
FCI Oakdale
P.O. Box 5000
Oakdale, LA 71463

New Correct Address: Joseph Dario Kamer
Reg.No.: 01759-104
FCI Coleman Low
P.O. Box 1031
Coleman, FL 33521-1031

Thank you for your time and assistance.

Sincerely,

Joseph Dario Kamer

Joseph Dario Kamer 01759-104
Federal Correctional Complex
Coleman Low
P.O. Box 1031
Coleman, FL 33521-1031

USMS INSPECTED

United States District Court
Southern District of Florida
Office of the Clerk
400 North Miami Ave, Ste. 8N09
Miami, Florida 33128-7716

33128771659